MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KHAN v. GONZALES                                         Case No. 06cv1266 W(RBB)
                                                         **Time Spent: 10 minutes**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                           Rptr.

                              Attorneys
          Plaintiffs                              Defendants

Robert Volz (telephone)                Samuel Bettwy (present)


PROCEEDINGS:    x   In Chambers        ___ In Court        ___ Telephonic

An early neutral evaluation conference was held.

A case management conference is set for December 15, 2006, at 8:00 a.m.

Plaintiff and Plaintiff's counsel may appear telephonically at the case management conference on December 15, 2006.

DATE: October 23, 2006         IT IS SO ORDERED:   /s/ Ruben Brooks
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Whelan                       INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\KHAN1266\MINUTE02.wpd